UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | | |
|---|---|---|
| TERRY ALLEN DAVIS,<br>    Plaintiff,<br><br>v.<br><br>MARTIN J. O'MALLEY<br>Commissioner of Social Security,<br>    Defendant. | ) ) ) ) ) ) ) ) ) ) | No: 8:23-cv-02350-SK<br><br><u>ORDER  AWARDING</u><br><u>EAJA FEE</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND NO/100 ($4,700.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE:  9/4/2024          _____
                                        HON. STEVE KIM
                                        UNITED STATES MAGISTRATE JUDGE